**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

STEVEN FRIEDMAN, MD, INDIVIDUALLY  :  No. 45 MAL 2018
AND AS EXECUTOR OF THE ESTATE    :
OF GAIL FRIEDMAN, DECEASED,      :
                                   :  Petition for Allowance of Appeal from
             Petitioner    :  the Order of the Superior Court
                                   :
                                   :
            v.               :
                                   :
                                   :
THE WAYNE CENTER AND GENESIS    :
HEALTHCARE,                  :
                                   :
             Respondent    :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 25th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.